RECEIVED

JUN 0 1 2016

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Black Bear Capital USA LLC
    Plaintiff

    v.

Equal Earth, Inc.
    Defendant.

Civil Action No.15-cv-4370 (PGS)

ORDER

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 1st day of June, 2016,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____
PETER G. SHERIDAN, U.S.D.J.